AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**June 5, 2025 8:05 AM**

Lucy H.Carrillo, Clerk of Court

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Maria Aldana Rincon, | ) |
| a/k/a Veronica Castaneda Rosales | ) |
| | ) |
| | ) |
| _____ | ) |
| Defendant(s) | |

Case No.

MJ 25-00671  KJM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     **May 23, 2025**     in the county of     **Honolulu**     in the

District of     **Hawaii**     , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 | Illegal Reentry |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Chantel Custer, Special Agent, HSI
_____
*Printed name and title*

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date:     **June 4, 2025**
_____

City and state:     **Honolulu, HI**
_____

_____
Kenneth J. Mansfield
United States Magistrate Judge

## AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Chantel Custer, being duly telephonically sworn, deposes and states as follows:

### Introduction

1.      I am a "law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations, and make arrests.

2.      I am currently employed as a Special Agent with the Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI").  I have been employed as a Special Agent, assigned to the HSI Honolulu office, since September of 2020.  I have received over 700 hours of training at the Federal Law Enforcement Training Center in such areas including, but not limited to: criminal law, sex trafficking investigations, interview techniques, search warrant applications, and criminal procedures.  I am currently assigned to the National Security Group, where I conduct investigations into violations of federal criminal laws related to labor trafficking and other various federal crimes related to national security.

3.      Prior to my employment with HSI, I was a law enforcement officer with the United States Customs and Border Protection ("CBP") for approximately four

1

years.  While employed with CBP, I enforced the United States' immigration and customs laws, by conducting thorough examinations of persons and commodities attempting to enter the United States.

4.    The information contained in this affidavit was derived from (1) personal investigative knowledge; (2) information related to me by other law enforcement officers associated with this investigation; and (3) from witnesses with personal knowledge of the events they have told me; (4) and from information obtained from official records and Alien Registration File Number A096189620. This affidavit summarizes this information but does not attempt to provide each, and every, factual detail discovered during this investigation.  The information set forth herein is to establish that probable cause exists to arrest Maria ALDANA RINCON a/k/a. Veronica Castaneda Rosales for violation of Title 8, United States Code, Section 1326(a).

5.    ALDANA RINCON was encountered by Homeland Security Investigations (HSI) Honolulu on May 23, 2025, during the execution of a federal search warrant at 1416 10th Avenue Honolulu, Hawaii.  ALDANA RINCON was in possession of identification showing her true name, Maria ALDANA RINCON, and her fingerprints were later matched to the two removals described below in which she used the names Marisela Martinez De Cabrales and Veronica Castaneda Rosales.

2

Removal

6.    On or about September 21, 2002, ALDANA RINCON, a Mexican citizen, applied for admission into the United States from Mexico at the San Ysidro Port of Entry.  ALDANA RINCON presented a counterfeit I-94 entry permit bearing the name Marisela Martinez De Cabrales.  During a sworn statement, ALDANA RINCON, identified herself as Veronica Castaneda Rosales and admitted to not possessing the proper documents to enter, pass through or reside in the United States.

7.    On or about September 21, 2002, ALDANA RINCON, was served with Form I-296 Notice to Alien Ordered Removed/Departure Verification, which ordered that she be removed from the United States to Mexico, for a period of 5 years from the date of her departure from the United States. Proof of service of Form I-296 is a photograph of ALDANA RINCON signed with the name Castaneda Rosales and a right index print of ALDANA RINCON. On the same day, ALDANA RINCON was physically removed to Mexico.

8.    On or about September 30, 2002, ALDANA RINCON again applied for admission into the United States from Mexico at the San Ysidro Port of Entry. ALDANA RINCON presented a photo substituted immigration document I-94 bearing the name Marisela Martinez De Cabrales.  During a sworn statement, ALDANA RINCON again identified herself as Castaneda Rosales and admitted to

3

not possessing the proper documents to enter, pass through or reside in the United States.

9.      On or about September 30, 2002, ALDANA RINCON, was served with Form I-296 Notice to Alien Ordered Removed/Departure Verification. ALDANA RINCON was advised, "In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act ("INA"), you are prohibited from entering, attempting to enter, or being in the United States for a period of 20 years from the date of your departure from the United States because you have been previously excluded, deported, or removed from the United States." Proof of service of Form I-296 is a photograph of ALDANA RINCON signed with the name Castaneda Rosales and a right index print of ALDANA RINCON. On the same day, ALDANA RINCON was physically removed to Mexico.

## Fingerprint Confirmation

14.    On May 23, 2025, ALDANA RINCON was encountered during the execution of a federal search warrant at 1416 10th Avenue Honolulu, HI. ALDANA RINCON possessed Mexican Passport #N02466305 bearing the name Maria Del Carmen ALDANA RINCON. ALDANA RINCON was later fingerprinted and through a Department of Homeland Security database, HSI confirmed she was a match for Alien Registration File Number A096189620, associated to the previous

4

removals on September 21, 2002, and September 30, 2002. ALDANA RINCON's right fingerprint matched the fingerprints on the Notice to Alien Order Removed/Departure Verification signed by ALDANA RINCON in the name of Veronica Castaneda Rosales on September 21, 2002, and September 30, 2002.

Alien Registration File

15.     On June 4, 2025, a review of a series of documents from ALDANA RINCON's Alien Registration File ("A File") under Alien Registration File Number A096189620 was conducted. Within the A-file of ALDANA RINCON, contained two completed Form I-296, Notice to Alien Ordered Removed. The A-file established that ALDANA RINCON was deported from the United States to Mexico on both September 21, 2002, and September 30, 2002, at San Ysidro, California.

16.     On June 4, 2025, a search in a United States Citizenship and Immigration Services law enforcement database was conducted and revealed no evidence that ALDANA RICON was granted permission by the Attorney General of the United States or his successor, the Secretary for Homeland Security for re-application for admission into the United States after her removal on September 30, 2002.

Conclusion

18.     Based on the facts described above, and on my training and experience,

5

I submit that there is probable cause to arrest the defendant, Maria ALDANA

RINCON, for violating Title 8, United States Code, Section 1326(a).

Dated:  Honolulu, Hawaii, June 4, 2025.


_____
Chantel Custer
Special Agent
Homeland Security Investigations


Sworn to under oath before me telephonically, and attestation acknowledged
pursuant to Federal Rule of Criminal Procedure 4.1(b)(2), on this  4th  day of June
2025, at Honolulu, Hawaii.


_____
Kenneth J. Mansfield
United States Magistrate Judge

6